IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01515-WYD-MEH

JOHN ABRAMS,

    Plaintiff,

v.

DEBRA C. WEST; and
DAVID WEST,

    Defendants.

_____

## ORDER

    THIS MATTER is before the Court on Plaintiff's Motion For A Preliminary Injunction Or, In The Alternative, For A Temporary Restraining Order, filed July 18, 2007 (docket #3) ("Motion").  A hearing on the motion took place, Thursday, July 19, 2007.  For the reasons stated on the record at the hearing, it is hereby

    ORDERED that the portion of the Motion requesting a Temporary Restraining Order is **DENIED**.  It is

    FURTHER ORDERED that the portion of the Motion requesting a Preliminary Injunction is **DENIED WITHOUT PREJUDICE**.

    Dated:  July 19, 2007

                                              BY THE COURT:
                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge