IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01515-WYD-MEH

JOHN ABRAMS,

    Plaintiff,

v.

DEBRA C. WEST; and
DAVID WEST,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff John Abrams and Defendants Debra C. West and David West Stipulation of Dismissal, filed October 23, 2007 (docket #33). The Court having reviewed the Stipulation, and having fully considered the grounds therein, it is hereby

ORDERED that the Stipulation of Dismissal, filed October 23, 2007 (docket #33) is **APPROVED**.  It is

FURTHER ORDERED that this case, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE** .  Each party to bear its own costs and attorneys' fees.

Dated: October 23, 2007

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge